**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan Dwayne Laird, ) | No. CV 05-3847-PHX-JAT |
| )  Plaintiff, ) | **ORDER** |
| vs. ) | |
| ) | |
| Joseph Arpaio, et al. ) | |
| )  Defendants. ) | |
| ) | |

Pending before the Court is the Report and Recommendation from the Magistrate Judge (R&R) recommending that this case be dismissed for failure to comply with this Court's order of December 7, 2005.

Plaintiff did not file objections to the R&R (Defendants have not been served). Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original));  *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Therefore,

1     **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. #7)
2 is **ACCEPTED**; and
3     **IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT**
4 **PREJUDICE** for failure to comply with an order of this Court (*see* Fed.R.Civ.Pro. 41(b));
5 and the Clerk of the Court shall enter judgment accordingly.
6     DATED this 10th day of May, 2006.

                                  */s/ James A. Teilborg*
                                  James A. Teilborg
                                  United States District Judge